Terry E. Miller
Attorney at Law
7409 W. Grandridge Blvd. Suite C
Kennewick WA 99336
(509)783-9786 - Phone
(509)783-6786 - Fax

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The United States of America ) | |
| for the Use of Benefit of, ) | No.  CV-08-3032-EFS |
| ) | |
| METAL BENDERS, INC., ) | STIPULATION AND ORDER |
| ) | OF DISMISSAL WITH |
| Plaintiff, ) | PREJUDICE AND WITHOUT |
| ) | COSTS |
| vs. ) | |
| ) | |
| CLAYCO, INC. and WESTFIELD ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COME NOW the parties by and through their attorneys of record, Terry E. Miller for Plaintiff and Douglas E. McKinley, Jr., for Defendants and represent to the Court that they have reached a settlement and wish to have this dismissed with prejudice and without costs.

STIPULATION AND ORDER OF DISMISSAL - 1

SO STIPULATED:

DATED this 18th day of August 2009.

    s/Terry E. Miller
Terry E. Miller, WSBA #14080
Attorney for Plaintiff
7409 W Grandridge Blvd., Suite C
Kennewick WA 99336
Telephone: (509)783-9786
Fax: (509)783-6786
E-mail: tnmiller@owt.com

DATED this 18th day of August 2009.

    s/Douglas E. McKinley, Jr
Douglas E. McKinley, Jr, WSBA #20806
Attorney for Defendants
PO Box 202
Richland WA 99352
Telephone: (509)628-0809
Fax: (509)628-2307
E-mail: doug@mckinleylaw.com

# **O R D E R**

Pursuant to the foregoing Stipulation, it is hereby ORDERED that this matter is dismissed with prejudice and without costs. This file shall be CLOSED.

DATED this  24th  day of August 2009.

                                                   s/ Edward F. Shea
                                                   JUDGE

Presented by:

 s/Terry E. Miller
Terry E. Miller, WSBA #14080
Attorney for Plaintiff
7409 W Grandridge Blvd., Suite C
Kennewick WA 99336
Telephone: (509)783-9786
Fax: (509)783-6786
E-mail: tnmiller@owt.com

Approved as to form and
Notice of Presentment Waived:

 s/Douglas E. McKinley, Jr
Douglas E. McKinley, Jr, WSBA #20806
Attorney for Defendants
PO Box 202
Richland WA 99352
Telephone: (509)628-0809
Fax: (509)628-2307
E-mail: doug@mckinleylaw